1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

HECTOR PEREZ ENRIQUEZ,

Plaintiff,

v.

BARBARA MADSEN, et al.,

Defendants.

CASE NO. C15-5065 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

13     This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 10), and

15  Plaintiff Hector Perez Enriquez's ("Enriquez") objections to the R&R (Dkt. 11).

16     On March 16, 2015, Judge Strombom issued the R&R recommending that the

17  Court dismiss Enriquez's complaint against the Washington Supreme Court Justices and

18  Court Commissioners without leave to amend.  Dkt. 10.  Judge Strombom concluded that

19  the proposed defendants are immune from suit, Enriquez does not have standing to

20  litigate on behalf of other inmates, and any claim based on Enriquez's criminal

21  conviction is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

22

1    On April 2, 2015, Enriquez filed numerous objections to the R&R.  Dkt. 11.

2  Enriquez not only asserts that his claims have merit, but also asserts that Judge Strombom

3  has a conflict of interest.  *Id.*  Enriquez's objections are completely without merit because

4  they have no basis in law or fact.

5    Therefore, the Court having considered the R&R, Enriquez's objections, and the

6  remaining record, does hereby find and order as follows:

7    (1)    The R&R is **ADOPTED**; and

8    (2)    This action is **DISMISSED**.

9    Dated this 12th day of May, 2015.

10

11

12    BENJAMIN H. SETTLE
     United States District Judge

13

14

15

16

17

18

19

20

21

22

ORDER - 2